FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 16 2019

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STEPHEN D. BRIGHT**                                                        **PLAINTIFF**

v.                                            Case No. 4:19-cv-265-BRW

**JAMES DALTON CUDE and
DSK TRANSPORT LLC
d/b/a DSK TRANSPORT**                                                **DEFENDANTS**

## NOTICE OF REMOVAL AND JURY DEMAND

Pursuant to 28 U.S.C. §§ 1441 and 1446, Separate Defendant, DSK Transport LLC (hereinafter "DSK Transport") hereby files this Notice of Removal of this case from the Circuit Court of Pulaski County, Arkansas, and DSK Transport's short and plain statement of grounds for removal is as follows:

1.  On March 1, 2019, Plaintiff filed his Complaint in the Circuit Court of Pulaski County, Arkansas. The Complaint was served on Separate Defendant DSK Transport by acceptance of service of process on April 15, 2019. As required by 28 U.S.C. § 1446(a), copies of all "process, pleadings and orders served upon each such defendant" are attached as Exhibit A.

2.  Separate Defendant DSK Transport is not a resident or citizen of the State of Arkansas. At the time of the incident, DSK Transport was a limited liability company organized under the laws of the State of Texas with its principal place of business in Texas. DSK Transport LLC has been dissolved and no longer exists under Texas law.

3.  To the best knowledge of Separate Defendant DSK Transport, Separate Defendant James Dalton Cude was a resident of the State of Texas who died on March 30, 2018. *See* Exhibit B, Notice of Suggestion of Death of James Dalton Cude.

This case assigned to District Judge Wilson
and to Magistrate Judge Ray

4. Any civil action filed in state court over which the federal district courts would have original jurisdiction may be removed. 28 U.S.C. § 1441(a). This lawsuit arises out of an accident which occurred in Arkansas in which Plaintiff alleges negligence and seeks damages which are reasonably understood, in totality and from a fair reading of Plaintiff's Complaint, to be in excess of the jurisdictional limit. *See* Exhibit A, Complaint.

5. This matter is removable because this Court has original subject matter jurisdiction on diversity grounds pursuant to 28 U.S.C. § 1332(a)(1)-(2).

### A. The Matter is Between Citizens of Different States.

6. Complete diversity of citizenship exists between Plaintiff and Separate Defendant DSK Transport, LLC.

7. Plaintiff, Stephen D. Bright, is a resident and citizen of the State of Arkansas. *See* Exhibit A, Complaint.

8. Separate Defendant DSK Transport was a Texas limited liability company with its principal place of business in Texas. Each of the two (2) members of Separate Defendant DSK Transport are residents and citizens of the State of Texas, and therefore, DSK Transport is not a resident of the State of Arkansas pursuant to 28 U.S.C. § 1332(c)(1). *See One Point Solutions, LLC v. Borchert*, 486 F.3d 342, 346 (8th Cir. 2007).

9. To the best knowledge of Separate Defendant DSK Transport, Separate Defendant James Dalton Cude was a resident and citizen of the State of Texas, and thus, any legal representative of Separate Defendant Cude would be considered a resident and citizen of the state of Texas pursuant to 28 U.S.C. §1332(c)(2).

### B. Notice of Removal was Filed Within the 30-Day Limit Required by 28 U.S.C. § 1446(b) and All Procedural Requirements Have Been Met.

10. As noted herein, Plaintiff's Complaint was filed on March 1, 2019, and Separate Defendant DSK Transport accepted service of the Summons and Complaint on April 15, 2019.

11. This notice was timely filed within 30 days of service of the Complaint on DSK Transport as required by 28 U.S.C. § 1446(b), for timely removal.

12. Pursuant to 28 U.S.C. § 1446(b)(2)(A), Separate Defendant DSK Transport is the only defendant who has been served and consents to removal of this action to the U.S. District Court for the Eastern District of Arkansas.

13. Separate Defendant DSK Transport has complied with all applicable requirements and procedures for removal set forth in 28 U.S.C. § 1446, and DSK Transport is hereby giving prompt notice of this Removal to the Plaintiff, Stephen D. Bright, and to the Circuit Court of Pulaski County, Arkansas by filing a copy of this Notice of Removal with the Circuit Court.

### C. The Amount in Controversy Exceeds $75,000.00, Exclusive of Interests and Costs, as Required by 28 U.S.C. § 1332(a).

14. Plaintiff's Complaint reasonably can be read as seeking damages in excess of $75,000 where Plaintiff's Complaint expressly seeks "damages in an amount in excess of the amount required for federal court jurisdiction in diversity of citizenship cases," thereby satisfying the requirements of 28 U.S.C. § 1332(a).

15. Pursuant to the provisions of 28 U.S.C. §1441(a), the United States District Court for the Eastern District of Arkansas, Western Division, is the federal district court for the district embracing the place where the state court suit is pending.

16.     This Court has original jurisdiction of this matter on the basis of diversity, and removal to this Court is proper. 28 U.S.C. § 1332.

## DEMAND FOR A JURY TRIAL

17.     Separate Defendant DSK Transport LLC demands a trial by jury on all issues triable by a jury herein.

>                                           DSK TRANSPORT LLC,
>                                           Separate Defendant
>
>                                           WALES COMSTOCK
>                                           P.O. Box 10018
>                                           Fayetteville, AR 72703
>                                           T: (479) 439-8088 / F: (866) 365-7070
>                                           Christy@walescomstock.com
>
>                                   By:     _____
>                                           Christy Comstock (Ark. Bar No. 92246)

## CERTIFICATE OF SERVICE

I, Christy Comstock, state that I deposited in the United States Mail, postage prepaid, a true and correct copy of the above and foregoing to the following on this 15th day of April 2019:

Mr. Victor D. "Trey" Wright III
The Wright Law Firm
111 Center Street, Suite 1200
Little Rock, AR 72701

_____
Christy Comstock

4

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Mar-01 07:59:33
60CV-19-1194
C06D04 : 3 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

STEPHEN D. BRIGHT                       PLAINTIFF

v.

JAMES DALTON CUDE and
DSK TRANSPORT LLC
d/b/a DSK TRANSPORT                 DEFENDANTS

## COMPLAINT

Comes now, Stephen Bright, and for his Complaint against the Defendants, James Dalton Cude and DSK Transport LLC, (hereafter "Defendants"), alleges and states:

### JURISDICTION AND VENUE

1. This is an action for personal injury arising out of an incident, which occurred on Interstate 40 on March 13, 2016. This Court has jurisdiction pursuant to Ark. Code Ann. 16-13-201 with venue being proper in Pulaski County.

### THE PARTIES

2. The Plaintiff was a resident of Pulaski County, Arkansas, at all relevant times.

3. Defendant, James Dalton Cude, was a resident of Sherman, Texas, and resided at 313 West Walcott, Sherman, Texas 75090, at the time of the accident.

4. Defendant, DSK Transport LLC, had a place of business at 4358 Cantrell Street, Grand Prairie, Texas, 75052 the time of this incident.

### FACTUAL BACKGROUND

5. On or about March 13, Stephen D. Bright was driving east on I-40 in Hot Spring County, Arkansas. The Defendant, James Dalton Cude , was also travelling eastbound on I-40 in Hot Spring County, Arkansas. The Defendant, James Dalton Cude, was driving a 2006 Freightliner tractor-trailer and struck the Plaintiff's vehicle from behind causing extensive damage.

1



EXHIBIT A

6. The Plaintiff suffered severe damages as a result of the Defendants negligence, including, but not limited to neck, back, vertebrae, neurologic, leg and head injuries, all of which caused horrendous pain and suffering. Furthermore, Plaintiff has suffered severe emotional distress due to Defendants' negligence. The Plaintiff also suffered damage to his automobile and property in his automobile.

7. The Defendant, James Dalton Cude, was driving on behalf of and as an agent for DSK Transport LLC when the crash that is the subject of this lawsuit occurred. James Dalton Cude, was employed by DSK Transport and driving in the scope of his employment, therefore James Dalton Cude's negligence is imputed to DSK Transport LLC.

## DEFENDANTS ACTS OF NEGLIGENCE

8. The Defendants, James Dalton Cude and DSK Transport, LLC, proximately caused the injuries and damages to Plaintiff through their negligence, which includes, but is not limited to, the following:

   a. Failing to maintain control of the vehicle;

   b. Driving in a reckless manner;

   c. Failing to keep a proper lookout;

   d. Operating the vehicle too fast for conditions;

   e. Failing to yield the right of way to forward vehicles; and

   f. Failing to use ordinary care under the circumstances.

   g. Negligent hiring, training, and retention of Defendant, James Dalton Cude.

All of the above sub-sections are against the laws of the State of Arkansas.

## COMPENSATORY DAMAGES FOR STEPHEN BRIGHT

9. As a sole and proximate result of the negligence of the Defendants as is set forth herein, the Plaintiff, Stephen Bright, has sustained and should recover the following damages:

      a.    Plaintiff has sustained injuries to his body as a whole, including injuries to his head, neck, back, vertebrae, leg and other injuries;

      b.    Plaintiff has incurred medical bills and will experience future medical bills for the reasonable care and treatment of his condition;

      c.    Plaintiff has experienced excruciating pain and suffering and mental anguish in the past and will so experience pain and suffering and mental anguish in the future; and

      d.    Plaintiff has sustained a loss of earnings in the past and may sustain a loss of earnings in the future; and,

      e.    the Plaintiff suffered damages to his automobile.

9. For all of which, Plaintiff is entitled to recover damages in an amount in excess of the amount required for federal court jurisdiction in diversity of citizenship cases.

### DEMAND FOR JURY TRIAL

10. Plaintiff demands a trial by jury on all issues herein.

### PRAYER

WHEREFORE, Plaintiff, Stephen Bright, prays that he have judgment for compensatory damages against the Defendants for their wrongful and negligent acts in an amount exceeding that required for federal court jurisdiction in diversity of citizenship cases; for a trial by jury on all issues herein; for all costs expended herein; and for all other just and proper relief to which they may be entitled.

                    Respectfully submitted,

                    /s/Victor D. "Trey" Wright, III
                    Victor D. "Trey" Wright, III
                    111 Center Street, Suite 1200
                    Little Rock, AR 72201
                    501-376-0400

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
HON. HERBERT WRIGHT - 4TH DIVISION 6TH CIRCUIT

STEPHEN D. BRIGHT V JAMES D. CUDE ET AL

60CV-19-1194

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

DSK TRANSPORT LLC
AKA D/B/A DSK TRANSPORT
UNKNOWN
UNKNOWN, UN  00000

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victor D. "Trey" Wright, III
111 Center Street Ste 1200
LITTLE ROCK, AR  72201-4414

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:
•Notice of Right to Consent to Disposition of Case by a State District Court Judge

Address of Clerks Office

TERRI HOLLINGSWORTH, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W. MARKHAM
LITTLE ROCK, AR  72201

CLERK OF COURT

*Christy R McDaniel*

CLERK Christy Renee McDaniel, DC

Date: 03/01/2019

## NOTICE OF RIGHT TO CONSENT
## TO DISPOSITION OF CASE BY A STATE DISTRICT COURT JUDGE

In accordance with Administrative Order Number 18, you are hereby notified that upon the consent of all the parties in a case, a State District Court Judge may be authorized to conduct all proceedings, including trial of the case and entry of a final judgment. Copies of appropriate consent forms are available from the Circuit Clerk.

You should be aware that your decision to consent or not to consent to the disposition of your case before a State District Court Judge is entirely voluntary, and by consenting to the reference of this matter to a State District Court Judge, the parties waive their right to a jury trial, and any appeal in the case shall be taken directly to the Arkansas Supreme Court or Court of Appeals as authorized by law.

You should communicate your consent by completing the Form -- CONSENT TO PROCEED BEFORE A STATE DISTRICT COURT JUDGE -- and return to the Circuit Clerk.

*Christy R McDaniel*

Circuit Clerk
Date: 03/01/2019

No. 60CV-19-1194 This summons is for DSK TRANSPORT LLC (name of Defendant).

## PROOF OF SERVICE

❏ On _____ [date] I personally delivered the summons and complaint to the individual at _____ [place]; or

❏ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❏ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

❏ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

❏ On _____ [date] at _____ [address], where the defendant maintains and office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with
_____
[name and job description]; or

❏ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❏ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❏ Other [specify]:
_____

❏ I was unable to execute service because:
_____
_____

My fee is $ ____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

                                By: _____
                                [Signature of server]

                                _____
                                [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
                                [Signature of server]

                                _____
                                [Printed name]

Address: _____
_____

Phone: _____

Subscribed and sworn to before me this date: _____

                                _____
                                Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
HON. HERBERT WRIGHT - 4TH DIVISION 6TH CIRCUIT

STEPHEN D. BRIGHT V JAMES D. CUDE ET AL

60CV-19-1194

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

JAMES DALTON CUDE
UNKNOWN
UNKNOWN, UN  00000

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victor D. "Trey" Wright, III
111 Center Street Ste 1200
LITTLE ROCK, AR  72201-4414

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:
•Notice of Right to Consent to Disposition of Case by a State District Court Judge

Address of Clerks Office

TERRI HOLLINGSWORTH, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W. MARKHAM
LITTLE ROCK, AR  72201

CLERK OF COURT

*Christy R McDaniel*

CLERK Christy Renee McDaniel, DC

Date: 03/01/2019

## NOTICE OF RIGHT TO CONSENT
## TO DISPOSITION OF CASE BY A STATE DISTRICT COURT JUDGE

In accordance with Administrative Order Number 18, you are hereby notified that upon the consent of all the parties in a case, a State District Court Judge may be authorized to conduct all proceedings, including trial of the case and entry of a final judgment. Copies of appropriate consent forms are available from the Circuit Clerk.

You should be aware that your decision to consent or not to consent to the disposition of your case before a State District Court Judge is entirely voluntary, and by consenting to the reference of this matter to a State District Court Judge, the parties waive their right to a jury trial, and any appeal in the case shall be taken directly to the Arkansas Supreme Court or Court of Appeals as authorized by law.

You should communicate your consent by completing the Form -- CONSENT TO PROCEED BEFORE A STATE DISTRICT COURT JUDGE -- and return to the Circuit Clerk.

*Christy R McDaniel*

Circuit Clerk
Date: 03/01/2019

No. 60CV-19-1194 This summons is for JAMES DALTON CUDE (name of Defendant).

## PROOF OF SERVICE

❑ On _____ [date] I personally delivered the summons and complaint to the individual at _____ [place]; or

❑ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❑ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

❑ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

❑ On _____ [date] at _____ [address], where the defendant maintains and office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____
[name and job description]; or

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❑ Other [specify]: _____

❑ I was unable to execute service because: _____

My fee is $ ____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
                               [Signature of server]

                               _____
                               [Printed name]

Address: _____
_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Apr-05  10:33:44
60CV-19-1194
C06D04 : 2 Pages

### IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### FOURTH DIVISION – CIVIL DIVISION

**STEPHEN D. BRIGHT**                                                                                          **PLAINTIFF**

v.                                               **Case No. 60 CV-19-1194**

**JAMES DALTON CUDE and**
**DSK TRANSPORT LLC**
**d/b/a DSK TRANSPORT**                                                                                  **DEFENDANTS**

## ENTRY OF APPEARANCE

The firm of Wales Comstock hereby enters its appearance for the sole and limited purpose of filing a Notice of Suggestion of Death on behalf of James Dalton Cude in the above-captioned matter.

                                              Respectfully submitted,

                                              DSK TRANSPORT LLC
                                              d/b/a DSK TRANSPORT,
                                              Separate Defendant

                                              WALES COMSTOCK
                                              3608 N. Steele Blvd., Suite 101
                                              P.O. Box 10018
                                              Fayetteville, Arkansas 72703
                                              Telephone: (479) 439-8088
                                              Fax: (866) 365-7070

By:    */s/ Christy Comstock*
                                              Christy Comstock (Ark. Bar No. 92246)
                                              Christy@walescomstock.com

## **CERTIFICATE OF SERVICE**

    I, Christy Comstock, hereby certify that on this 5th day of April 2019, a copy of the foregoing was served via the Court's electronic filing system to the following:

Victor D. "Trey" Wright III
The Wright Law Firm
111 Center Street, Suite 1200
Little Rock, AR 72701

                                                            */s/ Christy Comstock*
                                                            Christy Comstock

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Apr-05 10:33:44
60CV-19-1194
C06D04 : 3 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
FOURTH DIVISION – CIVIL DIVISION

**STEPHEN D. BRIGHT**                                                                    **PLAINTIFF**

v.                                        Case No. 60 CV-19-1194

**JAMES DALTON CUDE and
DSK TRANSPORT LLC
d/b/a DSK TRANSPORT**                                                               **DEFENDANTS**

## NOTICE OF SUGGESTION OF DEATH OF
## SEPARATE DEFENDANT JAMES DALTON CUDE

COMES NOW Separate Defendant DSK Transport LLC, by and through its attorney, Christy Comstock, and for its Notice of Suggestion of Death of Separate Defendant James Dalton Cude, states:

1. On March 30, 2018, Separate Defendant, James Dalton Cude, age 58, died at his residence in Sherman, Texas. A copy of his obituary is attached hereto as Exhibit A.

                              Respectfully submitted,

                              DSK TRANSPORT LLC
                              d/b/a DSK TRANSPORT,
                              Separate Defendant

                              WALES COMSTOCK
                              3608 N. Steele Blvd., Suite 101
                              P.O. Box 10018
                              Fayetteville, Arkansas 72703
                              Telephone: (479) 439-8088
                              Fax: (866) 365-7070

                By:    */s/ Christy Comstock*
                       Christy Comstock (Ark. Bar No. 92246)
                       Christy@walescomstock.com



EXHIBIT B

## CERTIFICATE OF SERVICE

I, Christy Comstock, hereby certify that on this 5th day of April 2019, a copy of the foregoing was served via the Court's electronic filing system to the following:

Victor D. "Trey" Wright III
The Wright Law Firm
111 Center Street, Suite 1200
Little Rock, AR 72701

/s/ Christy Comstock
Christy Comstock

# HeraldDemocrat.com Obituaries

Powered By
Legacy.com

OBITUARIES | FUNERAL HOMES | SEND FLOWERS | NEWS & ADVICE | ME

## JAMES DALTON CUDE

### Obituary

**RESOURCES**

- More Obituaries for James Cude
- Looking for an obituary for a different person with this name?
- Cude Records (100-

SHERMAN - James Dalton Cude, 58, of Sherman, died at his residence Friday, March 30, 2018.

He is survived by his wife, Susan; sister, Sherry Larson of Wichita Falls; brother, Larry James of Sherman.

No services are planned at this time. Arrangements are under the direction of American Funeral Service in Denison.

Published in The Herald Democrat on Apr. 3, 2018