**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**STEPHEN D. BRIGHT**                                                                                     **PLAINTIFF**

v.                                      CASE NO. 4:19-cv-265-BRW

**JAMES DALTON CUDE and**
**DSK TRANSPORT LLC**
**d/b/a DSK TRANSPORT, and**
**WILLIAM ABLES, PERSONAL REPRESENTATIVE**
**OF ESTATE OF JAMES DALTON CUDE**                                      **DEFENDANTS**

## MOTION TO NONSUIT

Comes now Plaintiff, Stephen D. Bright, and for his Motion to Nonsuit states as follows:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff hereby moves to nonsuit the above-referenced actions against the Defendant(s), James Dalton Cude, and DSK Transport LLC d/b/a DSK Transport and William Ables, Personal Representative of Estate of James Dalton Cude.

2. The parties have settled all pending matters and the dismissal should be with prejudice.

3. A Plaintiff's right to nonsuit is absolute under Rule 41.

4. Any nonsuit by the Plaintiff is effective only upon the entry of a Court Order dismissing the action.

Wherefore, based on the foregoing, Plaintiff asks that this Court enter an Order granting nonsuit of this action with prejudice.

Respectfully submitted,

*Victor D. "Trey" Wright, III*
Victor D. "Trey" Wright III
111 Center Street, Suite 1200
Little Rock, AR  72201
(501) 376-0400 telephone
(501) 376-0415 facsimile
Wrightlawar@gmail.com

## CERTIFICATE OF SERVICE

I, Victor D. "Trey" Wright, III, do hereby certify that a copy of the above and foregoing has been sent via ECF to the following:

Christy Comstock
Wales and Comstock
Christy@walescomstock.com


*Victor D. "Trey" Wright, III*